**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 22-cv-03267-NYW-STV

DANA ARMBRUSTER, individually and on
behalf of all others similarly situated,

        Plaintiff,

    v.

GAIA, Inc., JIRKA RYSAVY, and PAUL TARELL,

        Defendants.

## PLAINTIFF'S MOTION TO VACATE THE SCHEDULING CONFERENCE AND RELATED DEADLINES

Plaintiff Dana Armbruster ("Plaintiff"), by and through undersigned counsel, respectfully moves this Court for an order vacating the deadlines in the Court's December 20, 2022 Order Settling Deadline for Filing Election Concerning Consent/Non-Consent to Magistrate Jurisdiction Form and Setting Scheduling Conference ("Scheduling Order") (Dkt. No. 7), specifically the February 21, 2023 deadline to submit a Joint Proposed Scheduling Order and the February 28, 2023 Scheduling Conference ("Scheduling Conference"). Plaintiff respectfully submits that the Scheduling Conference is premature at this time and vacating the Scheduling Order would conserve judicial resources. In support of this motion, Plaintiff states as follows:

1.      Plaintiff filed this putative securities class action on December 20, 2022, against Defendants Gaia, Inc. ("Gaia"), Jirka Rysavy, and Paul Tarell.

2.      This action is governed by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4 of the Securities Exchange Act of 1934 (the "Exchange Act").

3.      Pursuant to the PSLRA, 15 U.S.C. § 78u-4(a)(3), Plaintiff published notice of the filing of this lawsuit and of the opportunity for other Gaia shareholders to seek appointment as lead plaintiff by filing a motion with this Court within sixty days of notice – *i.e.,* on or before February 21, 2023. As the lead plaintiff motions have not yet been filed and the Court has not yet appointed a lead plaintiff and lead counsel, it is not known who will serve as lead plaintiff and lead counsel and control the litigation.  Once appointed the lead plaintiff should have the ability to weigh in on the dates proposed to the Court for how the litigation should proceed.

4.      Further, pursuant to the PSLRA, all discovery is stayed until a decision on a motion to dismiss. 15 U.S.C. § 78u-4(b)(3)(B). It is anticipated that the lead plaintiff will file an amended complaint and Defendants will respond by filing a motion to dismiss.

5.      Additionally, Defendants have not yet appeared in this litigation. As such, Plaintiff cannot confer and proposed a joint schedule for the Court's consideration. The deadline to serve Defendants is March 20, 2023.

6.      Thus, in light of the deadline for the filing of lead plaintiff motions, the PSLRA discovery stay, and that Defendants have not yet appeared, the deadlines set forth in the Scheduling Order should be vacated, including the submission of a Joint Proposed Scheduling Order and the February 28, 2023 Scheduling Conference, until after appointment of lead plaintiff and a decision on an anticipated motion to dismiss.

3

Dated:  February 21, 2023                    **THE ROSEN LAW FIRM, P.A.**

By:  /s/ Philip Kim____
Philip Kim
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email:  pkim@rosenlegal.com

*Counsel for Plaintiff*

3

## CERTIFICATE OF SERVICE

I certify that on February 21, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Phillip Kim
Phillip Kim

### *Compliance With D.C.Colo.LCivR 6.1(c)*

I certify that this motion is being served contemporaneously on Dana Armbruster pursuant to D.C.Colo.LCivR 6.1(c).

/s/ Phillip Kim
Phillip Kim

*Attorney for Plaintiff Dana Armbruster.*