## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-03267-NYW-STV

DANA ARMBRUSTER, individually on
behalf of all others similarly situated,

        Plaintiff,

    v.

GAIA, INC., JIRKA RYSAVY, and PAUL TARELL,

        Defendants.

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO VACATE THE SCHEDULING CONFERENCE AND RELATED DEADLINES

Plaintiff Dana Armbruster ("Plaintiff"), by and through undersigned counsel, respectfully moved the Court, to vacate the deadlines in the December 20, 2022 Order Settling Deadline for Filing Election Concerning Consent/Non-Consent to Magistrate Jurisdiction Form and Setting Scheduling Conference ("Scheduling Order") (Dkt. No. 7), specifically the February 21, 2023 deadline to submit a Joint Proposed Scheduling Order and the February 28, 2023 Scheduling Conference ("Scheduling Conference").

THIS MATTER having come before the Court on the Plaintiff's Motion and the Court being fully advised of the premises,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED; and

5

2.    The February 28, 2023 Scheduling Conference, and all related deadlines, are VACATED until after the appointment of a lead plaintiff and decision on an anticipated motion to dismiss.

SO ORDERED this _____ day of _____, 2023.

_____

Magistrate Judge Scott T. Varholak

6