**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-03267-NYW-STV

DANA ARMBRUSTER, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

GAIA, INC.,
JIRKA RYSAVY; and
PAUL TAREL,

Defendants.

---

**DECLARATION OF PHILLIP KIM IN SUPPORT OF MOTION OF JOHN L.
BELONG TO APPOINT LEAD PLAINTIFF AND APPROVE LEAD PLAINTIFF'S
SELECTION OF COUNSEL**

---

I, Phillip Kim, declare as follows:

1.      I am an attorney admitted to practice in the State of New York and before this Court. I am a partner with The Rosen Law Firm, P.A., counsel for John L. BeLong ("Movant"). I submit this declaration in support of Movant's motion to appoint lead plaintiff and approve Movant's selection of counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

EXHIBIT 1:   PSLRA Early Notice;

EXHIBIT 2:   Movant's PSLRA certification;

EXHIBIT 3:   Movant's Loss Chart; and

EXHIBIT 4:    The Rosen Law Firm, P.A.'s firm resume.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed February 21, 2023.

*/s/Phillip Kim*
Phillip Kim

## CERTIFICATE OF SERVICE

I, Phillip Kim, hereby declare under penalty of perjury as follows:

I am an attorney at The Rosen Law Firm, P.A., with offices at 275 Madison Ave, 40th Floor, New York, NY 10016. I am over the age of eighteen.

On February 21, 2023, I electronically filed the following **DECLARATION OF PHILLIP KIM IN SUPPORT OF MOTION OF JOHN L. BELONG TO APPOINT LEAD PLAINTIFF AND APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on February 21, 2023.

/s/ Phillip Kim
Phillip Kim

3