# Exhibit 3

**Gaia, Inc. Loss Chart**
**Class Period: December 26, 2017 through November 7, 2022**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | $2.84 |
| John BeLong | 12/17/2021 | 100 | ($8.76) | ($875.60) | 9/12/2022 | 150 | $3.50 | $525.60 | | | | | |
| | 12/17/2021 | 10 | ($8.66) | ($86.64) | | | | | | | | | |
| | 12/20/2021 | 10 | ($8.76) | ($87.60) | | | | | | | | | |
| | 12/22/2021 | 50 | ($8.76) | ($438.15) | | | | | | | | | |
| | 12/23/2021 | 50 | ($9.10) | ($455.10) | | | | | | | | | |
| | 12/27/20221 | 50 | ($9.09) | ($454.50) | | | | | | | | | |
| | 12/29/2021 | 50 | ($8.79) | ($439.50) | | | | | | | | | |
| | 12/29/2021 | 30 | ($8.77) | ($263.10) | | | | | | | | | |
| | 1/3/2022 | 50 | ($8.82) | ($440.80) | | | | | | | | | |
| | | **400** | | **($3,540.99)** | | | | | | **250** | **$709.29** | **($2,306.10)** | |