**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com

*Lead Counsel for Lead Plaintiff and Class*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-03267-GPG-STV

DANA ARMBRUSTER, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

GAIA, INC.,
JIRKA RYSAVY, and
PAUL TARELL,

Defendants.

---

### DECLARATION OF PHILLIP KIM IN SUPPORT OF OPPOSED MOTION FOR LEAVE TO AMEND THE FIRST AMENDED COMPLAINT

---

### INTRODUCTION

I, Phillip Kim, hereby declare:

1.      I am a partner at The Rosen Law Firm, P.A. I represent Plaintiffs in the above-referenced matter. I have personal knowledge of the facts in the Declaration.

1

2.      I submit this declaration in support of Plaintiffs' Opposed Motion for Leave to Amend the First Amended Complaint. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3.      Plaintiffs filed their First Amended Complaint on May 22, 2023. Dkt. No. 25. Afterwards, on May 23, 2023, the SEC announced settled charges against Gaia, Inc. (the "Company") and Paul Tarell ("Tarell") and published an Order Instituting Cease-and-Desist Proceedings Pursuant to Section 8A of the Securities Act of 1933 and Section 21C of the Securities Exchange Act of 1934, Making Findings, and Imposing a Cease-and-Desist Order (the "SEC Order").

4.      Attached hereto as Exhibit 1 is Plaintiff's Proposed Second Amended Complaint with strikes through text to be deleted and underlines for text to be added.

5.      Attached hereto as Exhibit 2 is theSEC Order.

6.      Plaintiffs have met and conferred with Defendants over email regarding the relief sought in this motion for leave to amend. Defendants refused to stipulate to Plaintiff's proposed amendments.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  September 19, 2023          Respectfully submitted,

*/s/Phillip Kim*
Phillip Kim
The Rosen Law Firm, P.A.
275 Madison Avenue, 40th
Floor New York, NY 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827

Email: pkim@rosenlegal.com

*Lead Counsel for Lead Plaintiff and Class*

1

## CERTIFICATE OF SERVICE

I, Phillip Kim, hereby declare under penalty of perjury as follows:

I am an attorney at The Rosen Law Firm, P.A., with offices at 275 Madison Ave, 40th Floor, New York, NY 10016. I am over the age of eighteen.

On September 19, 2023, I electronically filed the following **DECLARATION OF PHILLIP KIM IN SUPPORT OF OPPOSED MOTION FOR LEAVE TO AMEND THE FIRST AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on September 19, 2023.

<u>*/s/ Phillip Kim*</u>
Phillip Kim