**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-cv-03267-GPG-STV

DANA ARMBRUSTER, individually on
behalf of all others similarly situated,

       Plaintiff,

    v.

GAIA, INC., JIRKA RYSAVY, and PAUL TARELL,

       Defendants.

**[PROPOSED] ORDER GRANTING PLAINTIFFS' OPPOSED MOTION FOR LEAVE
TO AMEND THE FIRST AMENDED COMPLAINT**

Lead Plaintiff John L. BeLong and named plaintiff Dana Armbruster (collectively, "Plaintiffs"), by and through undersigned counsel, and after conferring with counsel for Defendants, respectfully moved the Court for Leave to Amend the First Amended Complaint (Dkt. No. 25).

THIS MATTER having come before the Court on the Plaintiff's Motion and the Court being fully advised of the premises,

IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED;

SO ORDERED this _____ day of _____, 2023.

 

                              _____
                              HON. GORDON P. GALLAGHER
                              UNITED STATES DISTRICT JUDGE