## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-03267-GPG-STV

DANA ARMBRUSTER, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

GAIA, INC., JIRKA RYSAVY, PAUL TARELL,

    Defendants.

---

### DECLARATION OF KELSEY BOEHM IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT

---

I, Kelsey C. Boehm, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am an attorney at the law firm of Foley & Lardner LLP and am one of the attorneys for Defendants in this action. I make the following statements based on my personal knowledge as counsel in this matter and based on review of publicly available records.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Gaia's Form 10-K for the fiscal year ending December 31, 2022, which was filed with the Securities and Exchange Commission ("SEC") on March 6, 2023. This document is publicly available at: https://www.sec.gov/Archives/edgar/data/1089872/000095017023006277/gaia-20221231.htm.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the view source code (view-source:https://www.sec.gov/enforce/33-11196-s) for the SEC's March 23, 2023 announcement titled "SEC Charges Internet Streaming Company for Overstating Paying Subscribers and Violating the Whistleblower Protection Provisions" available at:

1

https://www.sec.gov/enforce/33-11196-s. The source code indicates that that the webpage was published at 19:59:14 on 2023-05-23:

```
<!DOCTYPE html>
<html lang="en" dir="ltr">
  <head>
    <meta charset="utf-8" /><script type="text/javascript">(window.NREUM||(NREUM={})).init={aj
(()=>{"use strict";var e,t,n={234:(e,t,n)=>{n.d(t,{P_:()=>h,Mt:()=>m,C5:()=>s,DL:()=>w,OP:()=>
<meta name="Generator" content="Drupal 9 (https://www.drupal.org)" />
<meta name="MobileOptimized" content="width" />
<meta name="HandheldFriendly" content="true" />
<meta name="viewport" content="width=device-width, initial-scale=1.0" />
<meta name="id" content="910336" />
<meta name="date" content="2023-05-23T19:59:14" />
<link rel="icon" href="/themes/custom/secgov/favicon.ico" type="image/vnd.microsoft.icon" />
<link rel="canonical" href="https://www.sec.gov/enforce/33-11196-s" />
<link rel="shortlink" href="https://www.sec.gov/node/910336" />
<script src="/files/google_tag/primary/google_tag.script.js?s1x14e" defer></script>
```

4. Attached here to as **Exhibit 3** is a true and correct copy of Gaia, Inc.'s November 7, 2022 Form 10-Q. This document is publicly available at: https://www.sec.gov/Archives/edgar/data/1089872/000095017022022619/gaia-20220930.htm.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 3rd day of October, 2023.

/s/ Kelsey C. Boehm
Kelsey C. Boehm

2