# EXHIBIT 2

Line wrap

```
<!DOCTYPE html>
<html lang="en" dir="ltr">
  <head>
    <meta charset="utf-8" /><script type="text/javascript">(window.NREUM||(NREUM={})).init={ajax:{deny_list:["bam.nr-data.net"]}};(window.NREUM||(NREUM
(()=>{"use strict";var e,t,n={234:(e,t,n)=>{n.d(t,{P_:()=>h,Mt:()=>m,C5:()=>s,DL:()=>w,OP:()=>j,lF:()=>N,Yu:()=>_,Dg:()=>v,CX:()=>c,GE:()=>A,sU:()=>T}
<meta name="Generator" content="Drupal 9 (https://www.drupal.org)" />
<meta name="MobileOptimized" content="width" />
<meta name="HandheldFriendly" content="true" />
<meta name="viewport" content="width=device-width, initial-scale=1.0" />
<meta name="id" content="910336" />
<meta name="date" content="2023-05-23T19:59:14" />
<link rel="icon" href="/themes/custom/secgov/favicon.ico" type="image/vnd.microsoft.icon" />
<link rel="canonical" href="https://www.sec.gov/enforce/33-11196-s" />
<link rel="shortlink" href="https://www.sec.gov/node/910336" />
<script src="/files/google_tag/primary/google_tag.script.js?s1x14e" defer></script>

    <meta name="origin" content="Drupal" />
    <meta name="viewport" content="width=device-width initial-scale=1.0 maximum-scale=3.0" />
    <title>SEC.gov | SEC Charges Internet Streaming Company for Overstating Paying Subscribers and Violating the Whistleblower Protection Provisions</
    <script>window.env = "production";</script>
    <link rel="stylesheet" media="all" href="/files/css/css_Ye1MDA4HAjtvO9VhBSRGDP-4JWiGKfiV_icaBp9SJkE.css" />
<link rel="stylesheet" media="all" href="/files/css/css__Aa0M1G0bmX7NDqnuyhKVBQAQtZDtjdg8hqSRyL7M18.css" />

    <script type="application/json" data-drupal-selector="drupal-settings-json">{"path":{"baseUrl":"\/","scriptPath":null,"pathPrefix":"","currentPath"
<script src="/files/js/js__6zV-q71viqJIdTTuJmB4X_qM1TFlusu-GKhH01eSOE.js"></script>

  </head>
  <body class="default-view path-node node--type-secarticle">

    <a href="#main-content" class="visually-hidden focusable" tabindex="1">
      Skip to main content
    </a>
    <noscript><iframe src="https://www.googletagmanager.com/ns.html?id=GTM-TD3BKV" height="0" width="0" style="display:none;visibility:hidden"></iframe
      <div class="dialog-off-canvas-main-canvas" data-off-canvas-main-canvas>

<div class="page-container">
<div id="page-wrapper">
  <div id="page" >
    <div class="page-header" role="banner">
      <div class="header-content">
        <div id="global-header" class="region region-header">

<div id="block-digitalgovsearch" class="block global-header-digitalgov-search">

        <div class="body"><!--<div class="hide-for-small" id="global-search">
<form accept-charset="UTF-8" action="//secsearch.sec.gov/search" class="clearfix" id="global-search-form" method="get" name="form_iQueryForm">
<fieldset><legend></legend> <label class="overlabel" for="global-search-box">Search SEC.gov</label> <input name="utf8" type="hidden" value="?" /> <inpu
</form>

<p class="options"><a class="option-link" href="http://www.sec.gov/edgar/searchedgar/companysearch.html" tabindex="6">Company Filings</a> | <a class="c
</div>-->
<div class="block block--search block--search-form" id="global-search" role="search">
<form accept-charset="UTF-8" action="//secsearch.sec.gov/search" class="clearfix" id="global-search-form" method="get" name="form_iQueryForm">
<fieldset><legend></legend>
<div class="search-box-container"><label class="overlabel" for="global-search-box">Search SEC.gov</label> <input name="utf8" type="hidden" value="?" /
</fieldset>
</form>

<div class="menu-name-menu-utility-menu">
<p class="options"><span><a class="option-link" href="/edgar/searchedgar/companysearch">Company Filings</a></span> <!--<span><a class="option-link" hre
</div>
</div>
</div>
  </div>
<div id="block-secgov-branding" class="site-branding block region__inner system_branding_block">
  <div class="block--menu-block">
    <div class="menu-block-wrapper menu-name-main-menu">

    <div class="banner-seal">
    <a href="/" title="SEC Emblem" rel="home" tabindex="2">
      <img src="/files/sec-logo.png" alt="SEC Emblem" />
    </a>
  </div>

    <div class="banner-org-name">
      <a href="/" title="U.S. Securities and Exchange Commission" rel="home" tabindex="3">U.S. Securities and <br>Exchange Commission</a>
  </div>

    <button id="mobile-menu-toggle" class="is-closed" aria-label="Menu Toggle">
    <span class="svg-icon svg-icon-sm" aria-hidden="true">q</span>
  </button>

    </div>
  </div>
</div>
  </div>

```

```
    </div>

    <div class="global-navigation" id="global-navigation">

      <div class="desktop-menu">
          <div class="navigation-wrapper region region-global-navigation">
  <div id="block-secgov-main-menu" class="block region__inner main">
<div class="block--menu-block">
  <div class="menu-block-wrapper menu-name-main-menu">

            <ul id="home-menu" class="menu">
                  <li class="menu__item is-expanded expanded" >
              <a href="/about" title="About" class="menu__link">About</a>
                        <ul class="menu">
                  <li class="menu__item is-active is-leaf leaf ">
              <a href="/about/careers" title="Careers" class="menu__link">Careers</a>
            </li>
               <li class="menu__item is-active is-leaf leaf ">
              <a href="/about/commissioners" title="Commissioners" class="menu__link">Commissioners</a>
            </li>
               <li class="menu__item is-active is-leaf leaf ">
              <a href="/contact-information/sec-directory" title="Contact" class="menu__link">Contact</a>
            </li>
               <li class="menu__item is-active is-leaf leaf ">
              <a href="/reports" title="Reports and Publications" class="menu__link">Reports and Publications</a>
            </li>
               <li class="menu__item is-active is-leaf leaf ">
              <a href="/about/about-securities-laws" title="Securities Laws" class="menu__link">Securities Laws</a>
            </li>
               <li class="menu__item is-active is-leaf leaf ">
              <a href="/about/mission" title="Mission" class="menu__link">Mission</a>
            </li>
      </ul>

            </li>
               <li class="menu__item is-expanded expanded" >
              <a href="/about/divisions" title="Divisions &amp; Offices" class="menu__link">Divisions &amp; Offices</a>
                        <ul class="menu">
                  <li class="menu__item is-active is-leaf leaf ">
              <a href="/page/corpfin-section-landing" title="Corporation Finance" class="menu__link">Corporation Finance</a>
            </li>
               <li class="menu__item is-active is-leaf leaf ">
              <a href="/page/enforcement-section-landing" title="Enforcement" class="menu__link">Enforcement</a>
            </li>
               <li class="menu__item is-active is-leaf leaf ">
              <a href="/investment-management" title="Investment Management" class="menu__link">Investment Management</a>
            </li>
               <li class="menu__item is-active is-leaf leaf ">
              <a href="/dera" title="Economic and Risk Analysis" class="menu__link">Economic and Risk Analysis</a>
            </li>
               <li class="menu__item is-active is-leaf leaf ">
              <a href="/divisions/trading-markets" title="Trading and Markets" class="menu__link">Trading and Markets</a>
            </li>
               <li class="menu__item is-active is-leaf leaf ">
              <a href="/page/aljsectionlanding" title="Office of Administrative Law Judges" class="menu__link">Office of Administrative Law Judges</a
            </li>
               <li class="menu__item is-active is-leaf leaf ">
              <a href="/exams" title="Examinations" class="menu__link">Examinations</a>
            </li>
               <li class="menu__item is-active is-leaf leaf ">
              <a href="/page/sec-regional-offices" title="Regional Offices" class="menu__link">Regional Offices</a>
            </li>
      </ul>

            </li>
               <li class="menu__item is-expanded expanded" >
              <a href="/page/litigation" title="Enforcement" class="menu__link">Enforcement</a>
                        <ul class="menu">
                  <li class="menu__item is-active is-leaf leaf ">
              <a href="/litigation/litreleases" title="Litigation Releases" class="menu__link">Litigation Releases</a>
            </li>
               <li class="menu__item is-active is-leaf leaf ">
              <a href="/litigation/admin" title="Administrative Proceedings" class="menu__link">Administrative Proceedings</a>
            </li>
               <li class="menu__item is-active is-leaf leaf ">
              <a href="/litigation/opinions" title="Opinions and Adjudicatory Orders" class="menu__link">Opinions and Adjudicatory Orders</a>
            </li>
               <li class="menu__item is-active is-leaf leaf ">
              <a href="/divisions/enforce/friactions" title="Accounting and Auditing" class="menu__link">Accounting and Auditing</a>
            </li>
               <li class="menu__item is-active is-leaf leaf ">
              <a href="/litigation/suspensions" title="Trading Suspensions" class="menu__link">Trading Suspensions</a>
            </li>
               <li class="menu__item is-active is-leaf leaf ">
              <a href="/enforcement/how-investigations-work" title="How Investigations Work" class="menu__link">How Investigations Work</a>
            </li>
               <li class="menu__item is-active is-leaf leaf ">
              <a href="/divisions/enforce/receiverships" title="Receiverships" class="menu__link">Receiverships</a>
            </li>
               <li class="menu__item is-active is-leaf leaf ">
              <a href="/enforce/information-for-harmed-investors" title="Information for Harmed Investors" class="menu__link">Information for Harmed
            </li>
      </ul>

            </li>
```

```
                <li class="menu__item is-expanded expanded" >
              <a href="/page/regulation" title="Regulation" class="menu__link">Regulation</a>
                        <ul class="menu">
                    <li class="menu__item is-active is-leaf leaf ">
              <a href="/rules/rulemaking-activity" title="Rulemaking Activity" class="menu__link">Rulemaking Activity</a>
            </li>
                <li class="menu__item is-active is-leaf leaf ">
              <a href="/rules/rulemaking-activity?aId=&amp;search=&amp;rulemaking_status=178631&amp;division_office=All&amp;regulation_year=" title='
            </li>
                <li class="menu__item is-active is-leaf leaf ">
              <a href="/rules/rulemaking-activity?aId=&amp;search=&amp;rulemaking_status=177456&amp;division_office=All&amp;regulation_year=" title='
            </li>
                <li class="menu__item is-active is-leaf leaf ">
              <a href="/rules/rulemaking-activity?aId=&amp;search=&amp;rulemaking_status=178151&amp;division_office=All&amp;regulation_year=" title='
            </li>
                <li class="menu__item is-active is-leaf leaf ">
              <a href="/rules/other" title="Other Orders and Notices" class="menu__link">Other Orders and Notices</a>
            </li>
                <li class="menu__item is-active is-leaf leaf ">
              <a href="/rules/sro" title="Self-Regulatory Organizations" class="menu__link">Self-Regulatory Organizations</a>
            </li>
                <li class="menu__item is-active is-leaf leaf ">
              <a href="/regulation/staff-interpretations" title="Staff Interpretations" class="menu__link">Staff Interpretations</a>
            </li>
        </ul>

            </li>
                <li class="menu__item is-expanded expanded" >
              <a href="/education" title="Education" class="menu__link">Education</a>
                        <ul class="menu">
                    <li class="menu__item is-active is-leaf leaf ">
              <a href="/education/investor-education" title="Investor Education" class="menu__link">Investor Education</a>
            </li>
                <li class="menu__item is-active is-leaf leaf ">
              <a href="/education/glossary" title="Glossaries" class="menu__link">Glossaries</a>
            </li>
                <li class="menu__item is-active is-leaf leaf ">
              <a href="/education/smallbusiness" title="Small Business Capital Raising " class="menu__link">Small Business Capital Raising </a>
            </li>
        </ul>

            </li>
                <li class="menu__item is-expanded expanded" >
              <a href="/edgar" title="Filings" class="menu__link">Filings</a>
                        <ul class="menu">
                    <li class="menu__item is-active is-leaf leaf ">
              <a href="/edgar/search-and-access" title="EDGAR – Search &amp; Access" class="menu__link">EDGAR – Search &amp; Access</a>
            </li>
                <li class="menu__item is-active is-leaf leaf ">
              <a href="/edgar/filer-information" title="EDGAR – Information for Filers" class="menu__link">EDGAR – Information for Filers</a>
            </li>
                <li class="menu__item is-active is-leaf leaf ">
              <a href="/edgar/searchedgar/companysearch" title="Company Filing Search" class="menu__link">Company Filing Search</a>
            </li>
                <li class="menu__item is-active is-leaf leaf ">
              <a href="/filings/edgar-guide" title="How to Search EDGAR" class="menu__link">How to Search EDGAR</a>
            </li>
                <li class="menu__item is-active is-leaf leaf ">
              <a href="/forms" title="Forms List" class="menu__link">Forms List</a>
            </li>
                <li class="menu__item is-active is-leaf leaf ">
              <a href="/edgar/about" title="About EDGAR" class="menu__link">About EDGAR</a>
            </li>
        </ul>

            </li>
                <li class="menu__item is-expanded expanded" >
              <a href="/page/news" title="News" class="menu__link">News</a>
                        <ul class="menu">
                    <li class="menu__item is-active is-leaf leaf ">
              <a href="/news/pressreleases" title="Press Releases" class="menu__link">Press Releases</a>
            </li>
                <li class="menu__item is-active is-leaf leaf ">
              <a href="/news/speeches-statements" title="Speeches and Statements" class="menu__link">Speeches and Statements</a>
            </li>
                <li class="menu__item is-active is-leaf leaf ">
              <a href="/securities-topics" title="Securities Topics" class="menu__link">Securities Topics</a>
            </li>
                <li class="menu__item is-active is-leaf leaf ">
              <a href="/news/upcoming-events" title="Upcoming Events" class="menu__link">Upcoming Events</a>
            </li>
                <li class="menu__item is-active is-leaf leaf ">
              <a href="/news/sec-webcasts" title="Webcasts" class="menu__link">Webcasts</a>
            </li>
                <li class="menu__item is-active is-leaf leaf ">
              <a href="/spotlight/fireside-chats" title="SEC in the News" class="menu__link">SEC in the News</a>
            </li>
                <li class="menu__item is-active is-leaf leaf ">
              <a href="/news/sec-videos" title="SEC Videos" class="menu__link">SEC Videos</a>
            </li>
                <li class="menu__item is-active is-leaf leaf ">
              <a href="/news/media-gallery" title="Media Gallery" class="menu__link">Media Gallery</a>
            </li>
        </ul>

            </li>
        </ul>
```

```
        </div>
      </div>
  </div>
    </div>


      </div>

      <div class="mobile-menu" style="display: none;">

          <ul id="main-menu" class="menu">
              <li class="menu__item is-expanded expanded">

      <a href="" class="menu__link">U.S. Securities and Exchange Commission</a>
                  <ul class="menu">
              <li class="menu__item is-active is-leaf leaf">

      <a href="/about/divisions" class="menu__link" data-drupal-link-system-path="node/91856">Divisions &amp; Offices</a>
          </li>

              <li class="menu__item is-active is-leaf leaf">

      <a href="/litigation.shtml" class="menu__link">Enforcement</a>
          </li>

              <li class="menu__item is-active is-leaf leaf">

      <a href="/rules.shtml" class="menu__link">Regulation</a>
          </li>

              <li class="menu__item is-active is-leaf leaf">

      <a href="/education" title="Education" class="menu__link" data-drupal-link-system-path="node/261726">Education</a>
          </li>

              <li class="menu__item is-active is-leaf leaf">

      <a href="/edgar" class="menu__link" data-drupal-link-system-path="node/91901">Filings</a>
          </li>

              <li class="menu__item is-active is-leaf leaf">

      <a href="/news" class="menu__link">Newsroom</a>
          </li>

      </ul>

          </li>

              <li class="menu__item is-expanded expanded">

      <a href="/news" class="menu__link">Newsroom</a>
                  <ul class="menu">
              <li class="menu__item is-active is-leaf leaf">

      <a href="/news/pressreleases" class="menu__link" data-drupal-link-system-path="news/pressreleases">Press Releases</a>
          </li>

              <li class="menu__item is-active is-leaf leaf">

      <a href="/news/testimony" class="menu__link">Testimony</a>
          </li>

      </ul>

          </li>

              <li class="menu__item is-expanded expanded">

      <a href="/about/sec-rss" class="menu__link" data-drupal-link-system-path="node/111801">RSS Feeds</a>
                  <ul class="menu">
              <li class="menu__item is-active is-leaf leaf">

      <a href="/news/pressreleases.rss" class="menu__link" data-drupal-link-system-path="news/pressreleases.rss">Press Releases</a>
          </li>

              <li class="menu__item is-active is-leaf leaf">

      <a href="/news/statements.rss" class="menu__link" data-drupal-link-system-path="news/statements.rss">Public Statements</a>
          </li>

              <li class="menu__item is-active is-leaf leaf">

      <a href="/news/speeches.rss" class="menu__link" data-drupal-link-system-path="news/speeches.rss">Speeches</a>
          </li>

              <li class="menu__item is-active is-leaf leaf">

      <a href="/news/testimony.rss" class="menu__link" data-drupal-link-system-path="news/testimony.rss">Testimony</a>
          </li>

      </ul>

          </li>

      </ul>
```

```
                      <div id="local-nav">
  <nav role="navigation" aria-labelledby="block-enforcement-menu" id="block-enforcement">

<h2 class="visually-hidden" id="block-enforcement-menu">Enforcement</h2>

            <ul id="section-menu" class="menu">
            <li class="menu__item is-active is-leaf leaf item-enforcement">
      <a href="/page/enforcement-section-landing" class="menu__link" data-drupal-link-system-path="node/41291">Enforcement</a>
            </li>

        <li class="menu__item is-active is-leaf leaf item-about">
      <a href="/enforce/Article/enforce-about" class="menu__link" data-drupal-link-system-path="node/91881">About</a>
            </li>

        <li class="menu__item is-active is-leaf leaf item-enforcement-manual">
      <a href="https://www.sec.gov/divisions/enforce/enforcementmanual.pdf" class="menu__link">Enforcement Manual</a>
            </li>

        <li class="menu__item is-active is-leaf leaf item-public-alerts">
      <a href="/enforce/public-alerts" class="menu__link" data-drupal-link-system-path="enforce/public-alerts">Public Alerts</a>
            </li>

        <li class="menu__item is-active is-leaf leaf item-federal-court-actions">
      <a href="/litigation/litreleases.htm" class="menu__link">Federal Court Actions</a>
            </li>

        <li class="menu__item is-active is-leaf leaf item-administrative-proceedings">
      <a href="/litigation/admin.htm" class="menu__link">Administrative Proceedings</a>
            </li>

        <li class="menu__item is-active is-leaf leaf item-alj-orders">
      <a href="/alj/aljorders" class="menu__link" data-drupal-link-system-path="taxonomy/term/36746">ALJ Orders</a>
            </li>

        <li class="menu__item is-active is-leaf leaf item-alj-decisions">
      <a href="/alj/aljdec.htm" class="menu__link">ALJ Decisions</a>
            </li>

        <li class="menu__item is-active is-leaf leaf item-commission-opinions">
      <a href="/litigation/opinions.htm" class="menu__link">Commission Opinions</a>
            </li>

        <li class="menu__item is-active is-leaf leaf item-trading-suspensions">
      <a href="/litigation/suspensions.htm" class="menu__link">Trading Suspensions</a>
            </li>

        <li class="menu__item is-active is-leaf leaf item-information-for-harmed-investors">
      <a href="/enforce/information-for-harmed-investors" class="menu__link" data-drupal-link-system-path="node/311351">Information for Harmed Invest
            </li>

        <li class="menu__item is-active is-leaf leaf item-enforcement-cooperation-program">
      <a href="/enforcement/enforcement-cooperation-program" title="Enforcement Cooperation Program" class="menu__link" data-drupal-link-system-path=
            </li>

        <li class="menu__item is-active is-leaf leaf item-foreign-corrupt-practices-act-(fcpa)">
      <a href="/enforcement/foreign-corrupt-practices-act" title="Foreign Corrupt Practices Act (FCPA)" class="menu__link" data-drupal-link-system-pa
            </li>

        <li class="menu__item is-active is-leaf leaf item-tips-&amp;-complaints">
      <a href="/complaint/select" class="menu__link" data-drupal-link-system-path="node/111826">Tips &amp; Complaints</a>
            </li>

        <li class="menu__item is-active is-leaf leaf item-data-delivery-standards">
      <a href="/files/sec-dds-jan2023.pdf" class="menu__link">Data Delivery Standards</a>
            </li>

        <li class="menu__item is-active is-leaf leaf item-divisions-and-offices">
      <a href="/about/divisions" title="Divisions and Offices" class="menu__link" data-drupal-link-system-path="node/91856">Divisions and Offices</a
            </li>

      </ul>

  </nav>

  </div>

                  </div>

      </div>
    </div>
        <div class="highlighted">
      <aside role="complementary" class="message section clearfix">
          <div class="region region-highlighted">
    <div data-drupal-messages-fallback class="hidden"></div>

  </div>

```

```
      </aside>
    </div>

  <div class="page-content">
    <div id="main-wrapper" class="layout-main-wrapper layout-container clearfix">

            <div id="sidebar-first" class="sidebar">
          <aside role="complementary" class="local-nav">
            <nav role="navigation">
                              <div id="local-nav">
  <nav role="navigation" aria-labelledby="block-enforcement-menu" id="block-enforcement">

<h2 class="visually-hidden" id="block-enforcement-menu">Enforcement</h2>

              <ul id="section-menu" class="menu">
              <li class="menu__item is-active is-leaf leaf item-enforcement">
        <a href="/page/enforcement-section-landing" class="menu__link" data-drupal-link-system-path="node/41291">Enforcement</a>
              </li>

          <li class="menu__item is-active is-leaf leaf item-about">
        <a href="/enforce/Article/enforce-about" class="menu__link" data-drupal-link-system-path="node/91881">About</a>
              </li>

          <li class="menu__item is-active is-leaf leaf item-enforcement-manual">
        <a href="https://www.sec.gov/divisions/enforce/enforcementmanual.pdf" class="menu__link">Enforcement Manual</a>
              </li>

          <li class="menu__item is-active is-leaf leaf item-public-alerts">
        <a href="/enforce/public-alerts" class="menu__link" data-drupal-link-system-path="enforce/public-alerts">Public Alerts</a>
              </li>

          <li class="menu__item is-active is-leaf leaf item-federal-court-actions">
        <a href="/litigation/litreleases.htm" class="menu__link">Federal Court Actions</a>
              </li>

          <li class="menu__item is-active is-leaf leaf item-administrative-proceedings">
        <a href="/litigation/admin.htm" class="menu__link">Administrative Proceedings</a>
              </li>

          <li class="menu__item is-active is-leaf leaf item-alj-orders">
        <a href="/alj/aljorders" class="menu__link" data-drupal-link-system-path="taxonomy/term/36746">ALJ Orders</a>
              </li>

          <li class="menu__item is-active is-leaf leaf item-alj-decisions">
        <a href="/alj/aljdec.htm" class="menu__link">ALJ Decisions</a>
              </li>

          <li class="menu__item is-active is-leaf leaf item-commission-opinions">
        <a href="/litigation/opinions.htm" class="menu__link">Commission Opinions</a>
              </li>

          <li class="menu__item is-active is-leaf leaf item-trading-suspensions">
        <a href="/litigation/suspensions.htm" class="menu__link">Trading Suspensions</a>
              </li>

          <li class="menu__item is-active is-leaf leaf item-information-for-harmed-investors">
        <a href="/enforce/information-for-harmed-investors" class="menu__link" data-drupal-link-system-path="node/311351">Information for Harmed Inves
              </li>

          <li class="menu__item is-active is-leaf leaf item-enforcement-cooperation-program">
        <a href="/enforcement/enforcement-cooperation-program" title="Enforcement Cooperation Program" class="menu__link" data-drupal-link-system-path
              </li>

          <li class="menu__item is-active is-leaf leaf item-foreign-corrupt-practices-act-(fcpa)">
        <a href="/enforcement/foreign-corrupt-practices-act" title="Foreign Corrupt Practices Act (FCPA)" class="menu__link" data-drupal-link-system-pa
              </li>

          <li class="menu__item is-active is-leaf leaf item-tips-&amp;-complaints">
        <a href="/complaint/select" class="menu__link" data-drupal-link-system-path="node/111826">Tips &amp; Complaints</a>
              </li>

          <li class="menu__item is-active is-leaf leaf item-data-delivery-standards">
        <a href="/files/sec-dds-jan2023.pdf" class="menu__link">Data Delivery Standards</a>
              </li>

          <li class="menu__item is-active is-leaf leaf item-divisions-and-offices">
        <a href="/about/divisions" title="Divisions and Offices" class="menu__link" data-drupal-link-system-path="node/91856">Divisions and Offices</a
              </li>

        </ul>
```

```
  </nav>

  </div>

                    </nav>

          </aside>
        </div>
                    <div id="content-wrapper" class="layout-main">

      <a id="main-content" tabindex="-1"></a>

              <div id="content" class="content">
            <div class="main-content region region-content">
    <div id="block-secgov-content">

  <article data-history-node-id="910336" role="article" class="article">

    <div class="article-content">

<div id="page-title">
<h1 class="article-type">

                                <span class="hide">Other</span>

            </h1>
<!-- Subscribe link, RSS, Email -->
<div id="addthis-icons">
  <div class="addthis-wrapper">
    <div class="hide-for-print appIconsDetail" style="visibility: visible;">
      <div class="addthis_toolbox addthis_default_style hide-for-small" data-ui-click="true">
        <a class="addthis_button_print at300b" title="Print Page" href="#" tabindex="0">
          <span class="fa fa-print"></span>
        </a>
        <a class="addthis_button_facebook at300b" title="Share on Facebook" href="#" tabindex="0">
          <span class="fa fa-facebook"></span>
        </a>
        <a class="addthis_button_twitter at300b" title="Tweet Page" href="#" tabindex="0">
          <span class="fa fa-twitter"></span>
        </a>
        <a class="addthis_button_mailto at300b" target="_blank" title="Email Page" href="#" tabindex="0">
          <span class="fa fa-envelope"></span>
        </a>
        <a class="addthis_button_compact at300m" href="#" title="More Sharing Options" tabindex="0">
          <span class="fa fa-plus"></span>
        </a>
      <div class="atclear"></div>
    </div>
    <div class="addthis_toolbox addthis_default_style addthis_32x32_style hide-for-medium-up show-for-small addthis_mobile">
      <a class="addthis_button_facebook at300b" title="Share on Facebook" href="#" tabindex="0">
        <span class="fa fa-facebook"></span>
      </a>
      <a class="addthis_button_twitter at300b" title="Tweet Page" href="#" tabindex="0">
        <span class="fa fa-twitter"></span>
      </a>
      <a class="addthis_button_mailto at300b" target="_blank" title="Email Page" href="#" tabindex="0">
        <span class="fa fa-envelope"></span>
      </a>
    </div>
    <div class="atclear"></div>
    </div>
  </div>
</div>
</div>

              <div class="content aside other">

        <div >
        <h1 class="article-title">SEC Charges Internet Streaming Company for Overstating Paying Subscribers and Violating the Whistleblower Protection
                </div>

                  <p class="article-publishdate">
                            May 23, 2023
                      </p>

                <p class="release-number"></p>

      <div class="article-content-body">

```

```
        <div class="article-body"><h3>ADMINISTRATIVE PROCEEDING<br />
File No. 3-21438</h3>

<p></p>

<p><b>May 23, 2023 -</b> The Securities and Exchange Commission today announced settled charges against Colorado-based Gaia, Inc. for overstating the r

<p>The SEC's order finds that Gaia overstated the number of its paying subscribers for the first quarter of 2019 in an earnings call and a current repo

<p>According to the order, Gaia also retaliated against a whistleblower who reported the subscriber count issue both internally to Gaia management and

<p>In connection with the overstatement, the SEC's order finds that Gaia violated Section 17(a)(2) and 17(a)(3) of the Securities Act of 1933, as well

<p>The SEC's investigation was conducted Adam S. Ross and Michael F. D'Angelo, and was supervised by Mary S. Brady, Nicholas P. Heinke, and Jason J. Bu
</div>

                         </div>

                <div class="article-more-topics">

        </div>
                             </div>

          <div id="sidebar-second">

                <div class="block related-materials">
          <h2>Related Materials</h2>
        <ul>
              <li><a href="/litigation/admin/2023/33-11196.pdf">Order - Gaia, Inc. and Paul C. Tarell, Jr.</a></li>
          </ul>

        </div>
              </div>
            </div>

      <div class="article-date modified">
          Modified: May 23, 2023
        </div>

</article>

  </div>

  </div>

        </div>

        </div>

      </div>
      </div>

          <footer class="page-footer">
                  <div class="page-footer-top">
              <div class="region region-footer-top">

<div id="block-globalfooterstayconnectedfooter" class="block stay-connected-footer">

        <div class="body"><p class="data-exempt" id="stay-connected-footer"><span>STAY CONNECTED</span><br class="new-line" />
<a href="/news/socialmedia.shtml"><span class="fa fa-lg fa-twitter"><span class="visually-hidden">1</span></span> <span class="hide-for-small">Twitter
<a href="/news/socialmedia.shtml"><span class="fa fa-lg fa-linkedin"><span class="visually-hidden">6</span></span><span class="hide-for-small">LinkedI
</div>
  </div>

  </div>

          </div>
                <div class="page-footer-cols">
          <div>
      <nav role="navigation" aria-labelledby="block-aboutthesec-menu" id="block-aboutthesec">

    <h2 id="block-aboutthesec-menu">About The SEC</h2>

              <ul id="section-menu" class="menu">
              <li class="menu__item is-active is-leaf leaf item-budget-&amp;-performance">
        <a href="/about/offices/ofm/ofm-documents" class="menu__link" data-drupal-link-system-path="node/111606">Budget &amp; Performance</a>
              </li>

          <li class="menu__item is-active is-leaf leaf item-careers">
        <a href="/about/careers" class="menu__link" data-drupal-link-system-path="node/41311">Careers</a>
              </li>

          <li class="menu__item is-active is-leaf leaf item-commission-votes">
        <a href="/about/commission-votes" class="menu__link" data-drupal-link-system-path="node/111231">Commission Votes</a>
              </li>

          <li class="menu__item is-active is-leaf leaf item-contact">
        <a href="/contact-information/sec-directory" class="menu__link" data-drupal-link-system-path="node/102846">Contact</a>
              </li>
```

```
          <li class="menu__item is-active is-leaf leaf item-contracts">
      <a href="/page/oacqsectionlanding" class="menu__link" data-drupal-link-system-path="node/3841">Contracts</a>
          </li>

          <li class="menu__item is-active is-leaf leaf item-data-resources">
      <a href="/sec-data-resources" class="menu__link" data-drupal-link-system-path="node/191566">Data Resources</a>
          </li>

      </ul>




  </nav>
<nav role="navigation" aria-labelledby="block-governmenttransparency-menu" id="block-governmenttransparency">

  <h2 id="block-governmenttransparency-menu">Transparency</h2>


          <ul id="section-menu" class="menu">
          <li class="menu__item is-active is-leaf leaf item-accessibility-&amp;-disability">
      <a href="/disability/sec_access" class="menu__link" data-drupal-link-system-path="node/111766">Accessibility &amp; Disability</a>
          </li>

        <li class="menu__item is-active is-leaf leaf item-diversity-&amp;-inclusion">
      <a href="/diversity-and-inclusion-sec" class="menu__link" data-drupal-link-system-path="node/279356">Diversity &amp; Inclusion</a>
          </li>

        <li class="menu__item is-active is-leaf leaf item-foia">
      <a href="/page/office-foia-services" class="menu__link" data-drupal-link-system-path="node/41166">FOIA</a>
          </li>

        <li class="menu__item is-active is-leaf leaf item-inspector-general">
      <a href="/oig" class="menu__link" data-drupal-link-system-path="node/41456">Inspector General</a>
          </li>

        <li class="menu__item is-active is-leaf leaf item-no-fear-act-&amp;-eeo-data">
      <a href="/page/eeosectionlanding" class="menu__link" data-drupal-link-system-path="node/3781">No FEAR Act &amp; EEO Data</a>
          </li>

        <li class="menu__item is-active is-leaf leaf item-ombuds">
      <a href="/ombuds" title="Ombuds" class="menu__link" data-drupal-link-system-path="node/96081">Ombuds</a>
          </li>

        <li class="menu__item is-active is-leaf leaf item-whistleblower-protection">
      <a href="/whistleblower" class="menu__link" data-drupal-link-system-path="node/99851">Whistleblower Protection</a>
          </li>

      </ul>




  </nav>
<nav role="navigation" aria-labelledby="block-otherwebsites-menu" id="block-otherwebsites">

  <h2 id="block-otherwebsites-menu">Websites</h2>


          <ul id="section-menu" class="menu">
          <li class="menu__item is-active is-leaf leaf item-investor.gov">
      <a href="https://www.investor.gov" class="menu__link">Investor.gov</a>
          </li>

        <li class="menu__item is-active is-leaf leaf item-related-sites">
      <a href="/links" class="menu__link" data-drupal-link-system-path="node/100276">Related Sites</a>
          </li>

        <li class="menu__item is-active is-leaf leaf item-usa.gov">
      <a href="https://www.usa.gov" class="menu__link">USA.gov</a>
          </li>

      </ul>




  </nav>
<nav role="navigation" aria-labelledby="block-siteinformation-menu" id="block-siteinformation">

  <h2 id="block-siteinformation-menu">Site Information</h2>


          <ul id="section-menu" class="menu">
          <li class="menu__item is-active is-leaf leaf item-plain-writing">
      <a href="/plainwriting" class="menu__link" data-drupal-link-system-path="node/111701">Plain Writing</a>
          </li>
```

```
        <li class="menu__item is-active is-leaf leaf item-privacy-&amp;-security">
      <a href="/privacy" class="menu__link" data-drupal-link-system-path="node/111706">Privacy &amp; Security</a>
            </li>

        <li class="menu__item is-active is-leaf leaf item-site-map">
      <a href="/sitemap" class="menu__link" data-drupal-link-system-path="node/111831">Site Map</a>
            </li>

      </ul>

  </nav>

  </div>

      </div>
    </footer>

            <script>
      if (typeof dataLayer != "undefined") dataLayer.push({"pageType": "33-11196-s"});
    </script>
      </div>
</div>
</div>

  </div>

    <a href="#" class="back-to-top"><i class="fa fa-chevron-circle-up" aria-hidden="true"></i>Return to Top</a>

    <div class="overlap">
  <!-- Subscribe link, RSS, Email -->
  <div id="addthis-icons-508" class="visibly-hidden">
    <div class="addthis-wrapper">
      <div class="appIconsDetail hide">
        <div class="addthis_toolbox addthis_default_style hide-for-small">
          <a class="addthis_button_print at300b" title="Print Page" href="#">
            <span class="fa fa-print"></span>
          </a>
          <a class="addthis_button_facebook at300b" title="Share on Facebook" href="#">
            <span class="fa fa-facebook"></span>
          </a>
          <a class="addthis_button_twitter at300b" title="Tweet Page" href="#">
            <span class="fa fa-twitter"></span>
          </a>
          <a class="addthis_button_mailto at300b" target="_blank" title="Email Page" href="#">
            <span class="fa fa-envelope"></span>
          </a>
          <a class="addthis_button_compact at300m" href="#" title="More Sharing Options">
            <span class="fa fa-plus"></span>
          </a>
        <div class="atclear"></div>
      </div>
      <div class="addthis_toolbox hide">
        <a class="addthis_button_facebook at300b" title="Share on Facebook" href="#">
          <span class="fa fa-facebook"></span>
        </a>
        <a class="addthis_button_twitter at300b" title="Tweet Page" href="#">
          <span class="fa fa-twitter"></span>
        </a>
        <a class="addthis_button_mailto at300b" target="_blank" title="Email Page" href="#">
          <span class="fa fa-envelope"></span>
        </a>
      </div>
      <div class="atclear"></div>
      </div>
    </div>
  </div>
</div>

    <script src="/files/js/js_gsDsTSIQW9cof8QOt74r_6XUHWaMhTeg2OvFNxXO-VQ.js"></script>
<script src="/themes/custom/secgov/js/third-party/addthis_widget.js?s1x14e" async></script>
<script src="/files/js/js_nnnJRbeDQQiBQCQs6zKTDXswi0hj7f9juJSmX26FvR8.js"></script>

  <script type="text/javascript">window.NREUM||(NREUM={});NREUM.info={"beacon":"bam.nr-data.net","licenseKey":"32edb8f179","applicationID":"436723953",
  </html>
```