# EXHIBIT B

Home  >  Communication Services

# Gaia's Inflection Point

Sep. 23, 2019 4:32 PM ET | Gaia, Inc. (GAIA) | 29 Comments | 5 Likes



**The Insiders Forum**
Investing Group Leader

### About this article

| Ticker | Analyst rating | Price at publication | Last price | Change since publication | S&P 500 |
|---|---|---|---|---|---|
| GAIA | HOLD | $7.34 | $2.25 | -69.35% | |

## Summary

- Video subscription service operator Gaia has lost more than 60% of its value since mid-2018 as its subscriber growth has declined from ~60% to ~30%.

- Growth at any cost has been replaced by profitability goals.

- Insider buying and a loyal following suggests that its goal of positive EBITDA in 4Q19 is possible.

- A full investment analysis on Gaia is provided in the paragraphs below.

- I do much more than just articles at The Insiders Forum: Members get access to model portfolios, regular updates, a chat room, and more. Get started today »

> "Youth is easily deceived because it is quick to hope."— Aristotle

Today, we look at a small video subscription concern whose stock has been under quite the pressure of late.



## Company Overview:

**Gaia, Inc. (NASDAQ:GAIA)** is a Louisville, Colorado, based digital video subscription service and online community operator with a focus on what it describes as an underserved global consciousness expanding community – hereafter referred to as New Age. Currently, ~75% of its subscriptions are from the U.S. The company was formed in 1988 and went public in 1999, raising net proceeds of $9.5 million at $5 per share. Founder, Chairman, and CEO Jirka Rysavy beneficially owns ~38% of Gaia and controls ~82% of the voting power. Shares of GAIA currently trade in the mid-$7s and command a market cap slightly under $140 million.

The company's digital content library holds ~8,000 English language titles as well as a smaller number of offerings in French, German, and Spanish, which are available to subscribers in ~185 countries. Content includes inspirational films, yoga classes, documentaries, interviews, and transformation-related content and more, which is curated into four New-Age channels: Yoga, Transformation, Alternative Healing, and Seeking Truth. Approximately 80% of the content is produced and owned by Gaia. The balance is obtained through long-term, predominantly exclusive, licensing agreements. For either a monthly or annual fee, subscribers have unlimited, commercial-free access to the company's digital library. Over 85% of its titles can be streamed exclusively on Gaia.

**OTT Industry:**

As such, the company is a player in the over-the-top (OTT) market, which is a descriptor for the delivery of film and TV content via the internet, without requiring users to subscribe to a traditional cable or satellite TV service. A broadband connection is still required – usually provided by those same cable companies. This market is expected to grow at a 12% CAGR between 2017 and 2022 from $47 billion to $83 billion. Global streaming video on demand (SVOD) subscriptions are expected to grow at an 8% CAGR over the same period from 375 million to 546 million. According to the company's own research, 69% of SVOD subscribers have an interest in at least one Gaia topic, placing its total addressable market at ~377 million subscriptions in 2022.

Although Gaia is a niche player, it still competes for subscribers against behemoths such as **Netflix (NFLX)**, Hulu, HBO Now, and **Amazon (AMZN)** Prime Video.

**Gaia's Approach**

Gaia operates under a typical subscription service business model with three main cost centers: content, customer acquisition, and other operating expenses.

With its production facilities and live streaming center located at its corporate campus outside of Boulder, Colorado, the company's cost to produce content is low, providing it with 85% or better gross margins each of the last three years ending 2018.

As the company pivoted to a streaming video subscription service model in 2012, its primary aim was to be the dominant provider of New Age content, eventually setting targets of 1 million subscribers by YE19 and 1.5 million by YE21. Although it will not achieve those lofty objectives, Gaia has still been successful, growing subscribers at a 62% CAGR from YE15 (128,200) to YE18 (547,500). Revenues in the same period grew at a 60% CAGR to $47.6 million. USA Today ranked Gaia as the world's fastest growing retailer in May 2019. It would not be stretching credulity to say that Gaia has a substantial lead – near monopolistic – position in streaming New Age content.

To accomplish those ends, the company needed to expend significant capital to capture subscribers and build an online brand. That capital was raised through the divestiture of its legacy (Gaiam) branded segment, which included the sale of its 51.4% interest in Natural Habitat for $12.8 million and its branded consumer products division for gross consideration of $167 million. Approximately $81 million of the proceeds were spent on the repurchase of 9.6 million shares and 840,000 vested stock options through a tender offer conducted at $7.75 a share. All of these transactions occurred in 2016. The balance went to fund the growth of its subscriber base.

The cost to reel in new users has been steep. Customer acquisition costs (CAC) were 98% of revenue in FY17 and 110% in FY18. Non-CAC operating expenses were also steep, running 86% and 64% of revenue in FY17 and FY18, respectively. These significant outlays led to EBITDA losses of $18.8 million and $31.7 million and GAAP EPS losses of $1.54 and $1.96 in 2017 and 2018, both respectively. Gaia had to raise net proceeds of $31.7 million at $15 per share in March 2018 and fully tap its credit facility for $12.5 million to keep up with the customer acquisition outflow.

The investment community seemed fine with this aggressive customer acquisition strategy as the stock traded over $20 in mid-2018. However, when the company didn't make note of where it stood relative to its YE19 1 million subscriber goal in its 3Q18 earnings announcement – it was ahead of pace in 2Q18 – investors took this as a sign that growth was decelerating with no profitability in sight, causing an extended share price decline into the mid-single digits. The company further clarified its intention with its 4Q18 earnings release, stating that it was transitioning away from either expensive or dilutive trips to the capital markets, electing to focus on positive EBITDA by September 2019 – management-speak for positive EBITDA in 4Q19 – while maintaining 30% top-line growth, down from ~60% over the prior two years. It was the company's way of saying, 'We have a large enough subscriber base. Now it's time to monetize it.'

The metric Gaia employs to monitor its progress is the ratio between a subscriber's lifetime value and the cost to acquire them (LTV:CTA). While the company was ramping up subscribers, it employed a target ratio of 2:1. With the subscribers who signed up in 2014 and 2015, their ratio is now projected to reach ~3:1 by YE19. The company has since raised its target ratio to 3.5:1. This end will be accomplished primarily through two means. First, the company is significantly lowering its CAC (by paring back marketing outlays) in 2019 and beyond. Second, Gaia instituted price increases for new subscribers. Monthly subscriptions were increased from $9.95 to $11.99 in January 2019 (after a $0.99 two-week trial) with current subscribers grandfathered in until January 2020. The annual subscription is $99. A third avenue of improving the LTV:CTA ratio is the company's newest subscription plan, which was soft-launched in June 2019. For an annual fee of $299, subscribers have access to stream all Gaia events, both live and on-demand held at the company's 250 seat state-of-the-art community space dubbed GaiaSphere. Live Access members will also have the opportunity to buy tickets to attend the event (in person) ahead of the general public.

**2Q19 Results:**

On August 5, 2019, the company reported a 2Q19 loss of $0.25 a share (GAAP) on revenue of $13.2 million versus a loss of $0.36 (GAAP) on revenue of $10.0 million. These metrics beat the Street consensus by $0.08 and were in line, respectively. Subscribers grew 26% YoY from 463,200 to 582,200 as CAC decreased from 85% of revenue in 2Q18 to 57% in 2Q19. The drop in CAC as a percentage of revenue is even more pronounced when measured against 3Q18 (125%) and 4Q18 (120%). More notably, EBITDA for 2Q19 was -$1.6 million, or -12% of revenue, up from -75% at YE18. Management reiterated its goal of achieving positive EBITDA by the end of September 2019 with subscribers at 590,000 to 600,000 and expects free cash flow generation in 2H20. Taken as a whole, the company is on a trajectory towards profitability, albeit at a lower rate of subscriber growth.

After a protracted decline that took shares of GAIA below $6, they have rallied ~27% since the 2Q19 report.

## Balance Sheet & Analyst Commentary:

Gaia exited 2Q19 with $17.5 million in cash, down from nearly $30 million in the past six months. Debt increased from $12.5 million to $18.3 million as its revolver was retired and replaced with a $17.0 million mortgage collateralized by its corporate campus. The balance came from a $1.45 million convertible promissory note issued as partial consideration for a library of original content. The company also issued $3.5 million of unregistered shares as partial consideration for both a platform acquisition and said content purchase. Without these ~$9.5 million of financings, Gaia's cash position would be much more tenuous at ~$7 million.

Only three analysts have made commentary on Gaia in the past year and all have positive outlooks. B. Riley FBR has a buy rating and a twelve-month price target of $20; Roth Capital rates Gaia a buy with a $11.25 price target; and Lake Capital recently reiterated its buy opinion but lowered its price target from $20 to $15.

Chairman Rysavy continues to be bullish on Gaia, adding 105,000 shares to his substantial position at $7.14 on August 9, 2019. He was preceded by a director who purchased 15,000 shares at $6.28 on August 7th. Since then, two other directors have added 7,500 shares in a aggregate to their holdings as well.

# Verdict:

There is clearly a voracious appetite for the content Gaia is serving. The chance that some new kid on the block is going to offer New Age content and drive subscribers away is thin considering: 1. Its established subscriber base approaching 600,000; and 2. An extremely favorable net promoter score of 70. (For reference, Netflix is 64; Hulu is 21; and HBO Now is 15.)

There are two questions that need to be answered. Will Gaia's recent price increase cause a further drop in subscription growth? And, will the company go cash flow positive before it has to dilute investors with another secondary offering? Given its near monopoly in the New Age space and assuming no new content or subscriber acquisitions, the answer is likely no to the first question and yes to the second.

I am on the fence on this name. If they can achieve 30% growth going forward, shares should rebound. My guess is that the price increase will stick without too much drop off. If you are really into New Age (which I am at a disadvantage at since this does not apply to me), Gaia is the place to go, but subscriber growth is likely to continue to slow I think to 10-15%.

Street analysts are calling for Gaia to lose $0.50 a share in 2020 and management is stating that it won't be cash flow positive until 2H20. If they are off by a couple of months, the company will have to conduct a secondary offering or borrow money from a bank. In addition, this company has been public nearly 20 years and still is not turning a consistent profit.



Therefore, although I do find the company intriguing and perhaps a short-term trade idea for 'swing traders', I am passing on making any investment recommendation on GAIA. We may revisit in the future if growth does indeed turn out be in line with management projections.

**Note:** There was a more optimistic article published on GAIA in August on Seeking Alpha for those that want a different take.

> *"A coat of paint and a quote of words both make cosmetic differences*."— Amit Abraham

*Bret Jensen is the Founder of and authors articles for the Biotech Forum, Busted IPO Forum, and Insiders Forum*

This article was written by



**The Insiders Forum**
7.96K Followers

Leader of **The Insiders Forum**
**Build a portfolio of attractive small- and mid-caps insiders are buying**

Show More

---

**Analyst's Disclosure:** I/we have no positions in any stocks mentioned, and no plans to initiate any positions within the next 72 hours. I wrote this article myself, and it expresses my own opinions. I am not receiving compensation for it (other than from Seeking Alpha). I have no business relationship with any company whose stock is mentioned in this article.

**Seeking Alpha's Disclosure:** Past performance is no guarantee of future results. No recommendation or advice is being given as to whether any investment is suitable for a particular investor. Any views or opinions expressed above may not reflect those of Seeking Alpha as a whole. Seeking Alpha is not a licensed securities dealer, broker or US investment adviser or investment bank. Our analysts are third party authors that include both professional investors and individual investors who may not be licensed or certified by any institute or regulatory body.