# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

---

Civil Action No. 1:22-cv-03267-GPG-STV

DANA ARMBRUSTER, Individually and on
behalf of all others similarly situated,

       Plaintiff,

  v.

GAIA, INC., and PAUL TARELL,

       Defendants.

---

## ORDER GRANTING JOINT MOTION FOR
## EXTENDING DEADLINES

Upon consideration of the Joint Motion Extending Deadlines, it is hereby **ORDERED** that said motion is **GRANTED**.

Accordingly, it is hereby **ORDERED** that:

- the deadline for filing a motion for class certification, which is currently May 5, 2026, be extended to August 5, 2026;

- the deadline for designating affirmative experts for class certification issues, which is currently May 5, 2026, be extended to August 5, 2026;

- the deadline for service of Interrogatories, Requests for Production of Documents and/or Admissions, which is currently May 7, 2026, be extended to August 7, 2026;

- the cut-off for factual discovery, which is currently July 10, 2026, be extended to October 7, 2026;

1

- the deadline for any opposition to a motion for class certification, which is currently July 16, 2026, be extended to October 15, 2026;

- the deadline for designating opposing experts for class certification issues, which is currently July 16, 2026, be extended to October 15, 2026;

- the deadline for any reply in support of a motion for class certification which is currently August 13, 2026, be extended to November 10, 2026;

- the deadline for designating rebuttal experts for class certification issues, which is currently August 13, 2026, be extended to November 10, 2026;

- the cut-off for expert discovery, which is currently August 28, 2026, be extended to April 1, 2027; and

- the deadline for filing any dispositive motion, which is currently January 8, 2027, be extended to April 21, 2027.

The following additional deadlines are also set:

- January 8, 2027 deadline for designating affirmative merits experts

- February 25, 2027 deadline for designating rebuttal merits experts

**SO ORDERED:**

Dated: _____May 1_____, 2026

_____
SCOTT T. VARHOLAK
UNITED STATES MAGISTRATE JUDGE

2